FILED

09/13/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0413

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP-24-0413

_____

GLACIER BEAR RETREAT, LLC;
GAIL L. GOODWIN and
DARRYL C. SLATTENGREN,

      Plaintiffs, Counter Defendants, and Appellees,

     v.

MATT DUSEK; RACHEL DUSEK,

      Defendants, Counter Claimants, and Appellants.

_____

**ORDER**

The Court has been advised that the parties to this matter have settled the issues giving rise to the certified question before this Court, and have stipulated to the dismissal of this cause with prejudice. Pursuant to the parties' stipulation, this cause is dismissed with prejudice, with each party to bear its own costs and attorney's fees.

DATED this _____ day of September, 2024.

                                   _____

                                   Chief Justice

                                   _____

                                   _____

1

_____

_____

_____

_____
 Justices

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 13 2024